UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                )
IN RE APPLICATION OF THE        )
UNITED STATES OF AMERICA FOR    )     MISC. NO. 1:21-mc-28-AJ
AN ORDER PURSUANT TO            )
18 U.S.C. § 2703(d) IN RE: 2017R00336    )     **Filed Under Seal – Level II**
_____)

MOTION TO EXTEND SEAL AT LEVEL II: ENTIRE MATTER
RELATED TO APPLICATION FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)

In the above captioned case, the United States of America respectfully moves to extend the seal at Level II, the entire matter related to the Application for an order pursuant to 18 U.S.C. § 2703(d), including the application, any order that may issue, the resulting return, this motion, and the corresponding docket text entries for **180 days**, expiring on **April 11, 2023**, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should extend the seal of these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation.

Motion To Extend Seal of Entire Matter Related to Application for
an Order Pursuant to 18 U.S.C. § 2703(d)
Page 2 of 2

     This motion is not intended to preclude the executing officer from serving a copy of the

application and a receipt for any property seized as required by Federal Rule of Criminal

Procedure 41(f)(1)(C).

                                         Respectfully submitted,

                                         JANE E. YOUNG

                                       United States Attorney

Dated: October 13, 2022          By: /s/ Jarad E. Hodes
                                      Jarad E. Hodes
                                      Assistant United States Attorney

Motion:      ☐ Granted     ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: _____